March 2, 2023

**By: ecfhelp@njd.uscourts.gov**

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

       Re: *Komorowski v. Castro & Co., LLC, et al.*; Case No.: 20-cv-10440

Dear Judge Shipp,

       As requested by this Court, this letter serves as the parties' joint status report.

       The parties have reached a settlement pending formal drafting of the agreement. Upon finalization of the drafting of the reached agreement, the parties will file same for the consideration of the Court.

       Thank you for Your Honor's attention to this matter.

                                    Respectfully submitted,

                                    */s/ John Anthony Castro*

                                    John Anthony Castro