IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| THOMAS KOMOROWSKI, M.D., MRS. KRISTINE KOMOROWSKI, AND OCEAN HEART GROUP LIMITED LIABILITY COMPANY, | **STIPULATION OF VOLUNTARY DISMISSAL (WITH PREJUDICE)** |
| Plaintiffs, | |
| v. | Docket No. 20 Civ. 10440-MAS-DEA |
| CASTRO & CO., LLC and JOHN ANTHONY CASTRO, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**IT IS HEREBY STIPULATED AND AGREED**, by and among the parties and/or their respective counsel, that the above-captioned action is voluntarily dismissed with prejudice against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party is to bear its own fees, costs, and expenses.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that this Stipulation may be filed by any party with the Clerk of the Court without further notice and that facsimile or photocopy signatures, however transmitted, of this Stipulation shall be deemed to be, and treated as, originals.

9

6697379v.5

Dated:  Great Neck, New York
        ~~March~~ 10, 2023
        4/m/

GARFUNKEL WILD, P.C.
*Attorneys for Plaintiffs*

By: _____
     Lauren Levine, Esq.
     Michael J. Keane, Esq.

111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

Dated:  Mansfield, Texas
        ~~March~~ ___, 2023
        April 5

By: _____
     John Anthony Castro,
     individually and on behalf of
     Castro & Co., LLC, in his
     capacity as Managing Partner

12 Park Place
Mansfield, Texas 76063

10